# IN THE COURT OF APPEALS OF THE STATE OF WASHINGTON
## DIVISION ONE

| | | |
|---|---|---|
| STATE OF WASHINGTON, | ) | No. 70535-1-I |
| Respondent, | )<br>)<br>) | |
| v. | )<br>) | |
| MARION COLEMAN, | )<br>) | UNPUBLISHED OPINION |
| Appellant. | )<br>)<br>) | FILED: MAY 1 2 2014 |

PER CURIAM —Marion Coleman appeals from the sentence imposed after a jury found him guilty of possession of cocaine. The State concedes, and we agree, that the trial court erroneously included Coleman's 2000 conviction for possession of cocaine in his offender score. Accordingly, we remand for resentencing based on a corrected offender score. See State v. Mendoza, 165 Wn.2d 913, 930, 205 P.3d 113 (2009).

Remanded for resentencing.

FOR THE COURT: